```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ANDOWAH NEWTON,                           :    23 Civ. 10753 (LAP)
                                          :
                Plaintiff,                :
                                          :        ORDER
        v.                                :
                                          :
                                          :
LVMH MOËT HENNESSY LOUIS VUITTON          :
INC. and RODNEY C. PRATT,                 :
                                          :
                Defendants.               :
                                          :
------------------------------------------X
```

LORETTA A. PRESKA, Senior United States District Judge:

   Before the Court is Plaintiff Newton's request for an order to show cause for preliminary injunction and a temporary restraining order halting any arbitration against her by Defendants. (Dkt. nos. 11, 13, 14, 15.) Plaintiff's counsel shall confirm service of the motion and the underlying papers on Defendants' arbitration counsel, and counsel for all parties shall appear for a telephone conference with the Court on December 20 at 3:00 P.M. The dial-in number is (877) 402-9753; access code: 6545179.

SO ORDERED.

Dated:   New York, New York
         December 20, 2023

                                  _____
                                  LORETTA A. PRESKA
                                  Senior United States District Judge