```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ANDOWAH NEWTON,<br><br>                    Plaintiff,<br><br>-against-<br><br>LVMH MOET HENNESSY LOUIS VUITTON INC. AND RODNEY C. PRATT,<br><br>                    Defendants. | No. 23-CV-10753 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court is in receipt of Defendants' letter proposing a briefing schedule for their motions to dismiss and compel arbitration in the above-captioned case.  (See dkt. no. 25.) Plaintiff may respond to Defendants' letter no later than January 23, 2024.

**SO ORDERED.**

Dated:    January 22, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1