```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ANDOWAH NEWTON,<br><br>                    Plaintiff,<br><br>-against-<br><br>LVMH MOET HENNESSY LOUIS<br>VUITTON INC. AND RODNEY C.<br>PRATT,<br><br>                    Defendants. | No. 23-CV-10753 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendants' letter proposing a briefing schedule for their motions to dismiss and compel arbitration in the above-captioned case, (see dkt. no. 25), as well as Plaintiff's letter response, (see dkt. no. 27).

The Court hereby orders the following briefing schedule. Defendants shall have until February 13, 2024, to file their motion to dismiss and motion to compel arbitration.  Plaintiff shall have until March 5, 2024, to file a brief in opposition to Defendants' motions, and to file a cross-motion seeking the Court's exclusive jurisdiction and to amend her complaint. Defendants shall have until March 26, 2024, to file a reply brief in further support of their motions, and a brief in opposition to Plaintiff's cross-motion.  Plaintiff shall have until April 9, 2024, to file a reply brief in further support of her cross-motion.

**SO ORDERED.**

Dated:    January 24, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge