UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDOWAH NEWTON,

                Plaintiff,

-against-

LVMH MOET HENNESSY LOUIS
VUITTON INC. AND RODNEY C.
PRATT,

                Defendants.

No. 23-CV-10753 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendants' unopposed letter motion, (see dkt. no. 29), seeking to file under seal certain materials supporting Defendants' motion to compel arbitration and/or dismiss. Although the judicial documents for which Defendants request sealing carry a "strong presumption of [public] access," sealing is justified when a district court renders "specific, on-the-record findings that sealing is necessary to preserve higher values," and the district court issues a sealing order "narrowly tailored to achieve that aim." Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 121, 124 (2d Cir. 2006).

    The Court finds that the reason for sealing proffered by Defendants in their letter motion, that is, that the documents relate to the parties' prior arbitration proceeding that was undertaken subject to confidentiality provisions, outweighs any presumption of public access in the unsealing of such materials.

1

Accordingly, Defendants' request to file under seal the materials docketed as entries 32-3 and 32-4 is GRANTED. The Clerk of the Court is directed to close the open letter motion at docket number 29.

**SO ORDERED.**

Dated:   February 21, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge