**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANDOWAH NEWTON,

                Plaintiff,

   -against-                                      23 **CIVIL** 10753 (LAP)

                                                                **JUDGMENT**

LVMH MOET HENNESSY LOUIS VUITTON INC.
AND RODNEY C. PRATT,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 23, 2024, Defendants' Motion to Compel Arbitration is DENIED insofar as Plaintiff's claims accrued following the enactment of the EFAA on March 3, 2022. However, Defendants' Motion to Dismiss with prejudice is GRANTED. Plaintiff's cross-motions for leave to amend and to enjoin arbitration are DENIED. Plaintiff's cross-motion to unseal Exhibit D to the First Grumet-Morris Declaration is GRANTED. The Court dismisses the above-captioned case with prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

        August 26, 2024

                                                              **DANIEL ORTIZ**
                                                             **Acting Clerk of Court**

                                          **BY:**     _____
                                                                      **Deputy Clerk**