AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

Andowah Newton
Plaintiff (s),
V.
LVMH Moet Hennessy Louis Vuitton Inc. et al.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:23-cv-10753-LAP

Notice is hereby given that, subject to approval by the court, Andowah Newton (Party (s) Name) substitutes Max Ephraim Rodriguez (Name of New Attorney), State Bar No. 5422811 as counsel of record in place of Nathaniel K. Charny, Megan S. Goddard, and Stephen Bergstein, and Siobhan Klassen (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Law Office of Max Rodriguez PLLC
Address: 575 5th Avenue, 14th Floor, New York, NY 10017
Telephone: 646-741-5167 Facsimile (646) 741-4277
E-Mail (Optional): max@maxrodriguez.law

I consent to the above substitution.
Date: Sep 20, 2024

A Newton
A Newton (Sep 20, 2024 09:02 EDT)
(Signature of Party (s))

I consent to being substituted.
Siobhan Klassen (Sep 20, 2024 09:11 EDT)
20/09/24
Date:

Megan Goddard Sep 18, 2024
Nathaniel K. Charny
Nathaniel K. Charny (Sep 20, 2024 08:53 EDT) Sep 20, 2024
(Signature of Former Attorney (s))
Stephen Bergstein
Stephen Bergstein (Sep 18, 2024 15:14 EDT) Sep 18, 2024

I consent to the above substitution.
Date: 9/18/2024

Max Rodriguez
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**