UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDOWAH NEWTON,

Plaintiff,

-against-

LVMH MOET HENNESSY LOUIS VUITTON INC. AND RODNEY C. PRATT,

Defendants.

No. 23-CV-10753 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court confirms November 23, 2026, as the date for Defendants' response to the complaint. Counsel shall confer and jointly submit a proposed discovery plan no later than November 24, 2026.

Dated: New York, New York
November 17, 2026

**SO ORDERED.**

Loretta A. Preska, U.S.D.J.