LAW OFFICE OF
**MAX RODRIGUEZ**

575 5th Avenue, 14th Floor
New York, NY 10017

Max Rodriguez
max@maxrodriguez.law
T 646-741-5167

November 18, 2026

**<u>VIA ECF</u>**

Honorable Loretta A. Preska
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Newton v. LVMH Moët Hennessy Louis Vuitton et al.*, No. 23-cv-10753

Dear Judge Preska:

I represent Plaintiff Andowah Newton. I write to respectfully request that the Court amend the deadlines ordered yesterday at ECF No. 64. In particular, Plaintiff requests with Defendants' consent that the Court, <u>in lieu of the deadlines previously issued: (1) order the parties to confer by December 4, 2026; (2) submit a joint letter and proposed case management plan and scheduling order by December 11, 2026; and (3) extend Defendants' deadline to answer the operative complaint until December 18, 2026.</u>

Yesterday at 10:05am, counsel for Defendants contacted chambers for this Court by e-mail, copying me, seeking a deadline to answer the complaint after issuance of the mandate by the Second Circuit on November 9, and further requesting issuance of a revised scheduling order following the remand, setting a status conference, or directing the parties to submit a joint letter or proposed case management plan, and the timing for any such submission. At 3:04pm, chambers for this Court sent by email the order later docketed at ECF No. 64. At 4:08pm, I wrote on behalf of Plaintiff, who had not had an opportunity to provide a position concerning scheduling, identifying myself as Plaintiff's appellate counsel and requesting that a meet and confer between the parties' counsel be deferred until after the Thanksgiving holiday to allow Plaintiff to finish engaging trial counsel and effectuate a substitution of counsel in this action.

In light of the above, and to allow trial counsel for both Plaintiff and Defendants to confer about an orderly sequence of next steps that promotes judicial

LAW OFFICE OF
**MAX RODRIGUEZ**



economy and clarity for the parties, I respectfully request that the Court alter the order and deadlines as suggested above.

I conferred by e-mail with counsel for Defendants, who confirmed that Defendants consent to this request. Thank you for the Court's consideration in this matter.

Respectfully,

*/s/ Max Rodriguez*
Max Rodriguez

The underlined request is GRANTED.
**SO ORDERED.**

Loretta A. Preska
Senior United States District Judge
November 19, 2026